```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 12842
   PATRICK M MUCHA
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9331

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/09/2006 and was confirmed 02/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/13/2007.
-----------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
-----------------------------------------------------------------------------
CITIMORTGAGE INC            CURRENT MORTG        .00              .00              .00
CITIMORTGAGE INC            MORTGAGE ARRE        .00              .00              .00
COOK COUNTY COLLECTOR       SECURED NOT I        .00              .00              .00
CHILD SUPPORT ENFORCEMEN    NOTICE ONLY     NOT FILED            .00              .00
TIFFANY A MUCHA             NOTICE ONLY     NOT FILED            .00              .00
AT&T C U                    UNSECURED       NOT FILED            .00              .00
CAPITAL ONE                 UNSECURED       NOT FILED            .00              .00
CITIMORTGAGE                UNSECURED       NOT FILED            .00              .00
CMI                         UNSECURED       NOT FILED            .00              .00
COLLECTION COMPANY OF AM    UNSECURED       NOT FILED            .00              .00
COMMONWEALTH EDISON         UNSECURED       NOT FILED            .00              .00
CORUS BANK                  UNSECURED       NOT FILED            .00              .00
FIRST FINANCIAL CU          UNSECURED       NOT FILED            .00              .00
HOUSEHOLD MORTGAGE SERVI    UNSECURED       NOT FILED            .00              .00
CHILD SUPPORT ENFORCEMEN    UNSECURED       NOT FILED            .00              .00
ILLINOIS COLLECTION SERV    UNSECURED       NOT FILED            .00              .00
ILLINOIS COLLECTION SERV    UNSECURED       NOT FILED            .00              .00
KEY NOTE CONSULTING         UNSECURED        10009.94            .00              .00
KEY NOTE CONSULTING         UNSECURED       NOT FILED            .00              .00
KEY NOTE CONSULTING         UNSECURED       NOT FILED            .00              .00
KEY NOTE CONSULTING         UNSECURED       NOT FILED            .00              .00
NICOR GAS                   UNSECURED       NOT FILED            .00              .00
NICOR GAS                   UNSECURED       NOT FILED            .00              .00
AT & T BANKRUPCTY           UNSECURED       NOT FILED            .00              .00
USA PAYDAY LOANS            UNSECURED       NOT FILED            .00              .00
USA PAYDAY LOANS            UNSECURED       NOT FILED            .00              .00
USA PAYDAY LOANS            UNSECURED       NOT FILED            .00              .00
USA PAYDAY LOANS            UNSECURED       NOT FILED            .00              .00
IL DEPT OF HEALTHCARE &     DSO ARREARS      18535.05            .00           286.35
ROBERT V SCHALLER ^         DEBTOR ATTY       1,191.00                       1,191.00
TOM VAUGHN                  TRUSTEE                                             97.65
DEBTOR REFUND               REFUND                                                .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 12842 PATRICK M MUCHA
```

```
      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     1,575.00

PRIORITY                                                 286.35
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                         1,191.00
TRUSTEE COMPENSATION                                      97.65
DEBTOR REFUND                                               .00
                         ---------------         ---------------
TOTALS                      1,575.00                   1,575.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 12/03/07          _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE